## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Robert A. Thompson

_____
Write the full name of each plaintiff.

-against-

Library of Congress

_____

_____

_____
Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐   Diversity of Citizenship

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_my bill of rights to protect my property_

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, *U.S. Library of Congress* is incorporated under the laws of

the State of *Washington DC.*

and has its principal place of business in the State of *D.C.*

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*Robert    Thompson*
First Name          Middle Initial          Last Name

*510 W 176th St.*
Street Address

*NY.*                              *NY.*                    *10037*
County, City                       State                    Zip Code

*718 924 5576*                     *RAthompson 81 outlook.com*
Telephone Number                   Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    _Library of Congress_

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 2:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 3:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State                    Zip Code

Defendant 4:

First Name                                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                                  State               Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  N.Y.

Date(s) of occurrence:  6/15/21  2/5/21 - 6/15/21

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I would like to protect my bill
of rights to protect my intelectual
property. See attached Affidavit, for
Which I was denied to do so,
Which is a due process of law
pursuant to the 5th amendment.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I have suffered a loss of protection of my rights for which has caused me undue hardship and cruel unusual punishment

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like $250,000.00 and declaratory relief.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6/25/21 | _Robert M_ |
| Dated | Plaintiff's Signature |
| Robert | A | Thompson |
| First Name | Middle Initial | Last Name |
| 510 W 176 St | | |
| Street Address | | |
| NY | NY | 10033 |
| County, City | State | Zip Code |
| 7189245576 | RAThompson |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

UNITED STATES DISTRICT COURT
       DISTRICT OF Ni

U.S.S.E.C. TRACER FLAG
HO: :~00284609~: :HO
COMMERCIAL AFFIDAVIT AND PROFFER
CLAIM, ASSIGNMENT, AND DEMAND FOR PAYMENT
"A SECURITY" (15 USC)

ROBERT THOMPSON
STATE OF NEW YORK
COUNTY OF NEW YORK
CLAIMANT/CREDITOR

TO:FEDERAL BANK OF NEW YORK,et.al;
RESPONDENT(S)/CREDITOR(S) JOINTLY AND SEVERALLY

NOTICE OF CLAIM OF COMMERCIAL LIEN
AND AFFIDAVIT OF OBLIGATION

THIS BOND IS TO GUARANTEE THE SPECIFIC PERFORMANCE OF THE
CREDITOR/LENDER, AND THE DEBTOR(S)/ACCEPTOR(S),FOR THE INTELLECTUAL
PROPERTY AND COMMERCIAL INTEREST HEREIN,AND TO HOLD ALL OTHER PARTIES
KNOWN AND UNKNOWN,FINANCIALLY LIABLE FOR THE UNAUTHORIZED COMMERCIAL
USE THEREOF,FOR WHICH THE AFFIANT HAS THE FIRST CLAIM VIA LIEN ON THE
SPECIFIED INTELLECTUAL PROPERTY AND THAT THE CLAIMANT SHALL MAINTAIN A
ONE HUNDRED (100%) PERCENT COMMERCIAL INTEREST THEREIN,AND A LIKEWISE
PERCENTAGE FOR CONSTRUCTIVE POSSESSION OF SAID PROPERTY
HEREAFTER,UNTIL THE DEBT HEREIN IS PAID IN FULL,OR WHICH WILL AMOUNT TO
FIFTY PERCENT COMMERCIAL INTEREST.

 I Robert Thompson,hereby solemnly swear and depose as follows:

1. That I am of legal age to and competent to attest to the matters set forth,and have the right to
personally protect the intellectual property herein.
2.That I have personal knowledge of the matters set forth,pertaining to this claim and
contractual proffer herein.
3.That all the facts set forth herein,are true commercially reasonable,to the best of my
knowledge and belief,as the seller,and the FEDERAL RESERVE BANK OF NEW YORK as the
bonafide purchaser.
4.That on February 5th,2021,the claimant self generated/created the specified intellectual
property herein,without the aid of any person(s) or entities living or dead,and that this
contractual proffer with the FEDERAL RESERVE BANK OF NEW YORK,is legally binding and

enforceable on the banks shareholders,and the U.S. Treasury Department,for which makes investments in FEDERAL RESERVE facilities; in order to protect the Affiants commercial interest and that this Federal Instrument shall serve as copy-rights and patents for said property.

5.That the literal time consuming magnitude of this intellectual property is so great that it places the world as we know it ensync with the rest of the universe for which rotates 360 degrees to complete an earth yearly cycle,and thus,i have assigned the enclosed intellectual property herein,the monetary sum of NINE TRILLION DOLLARS (9,000,000,000,000.00) in Federal Reserve Notes or the equivalent in gold or silver reserves,for which "time" is the only is the only commodity that regulates all the civilized worlds commerce;and said intellectual property includes but is not limited to:

A.)" GalacTik," which is a mathematically designed clock,watch,app,calendar,etc; that converts 366 day years via the recalculation of time to achieve 60 minute cycles per hour, 24 hour cycles per day, 30 day cycles per month,and 12 month cycles per year.

B.)"formular 9 cypher",is used as a mathematical time computation tor which: [1] OBJECTIVE: is to eliminate daylight savings time and leap years via recalculating seconds to create GalacTik minutes,in order to reconfigure the Eastern Standard Time to be insync with 12 calendar months of 30 day cycles,that equates to 360 day per year.

[2] EXAMPLE: 366 days-6 days=360 days.since zero has no numeric value,but can increase the value of any other number to complete the numeric cypher,so 3+6+0=9;and 30 days multiplied by 12 months=360 calendar days per year,and 51.3 weeks=9 (5+1+3=9) [3] PROBLEM: the remaining 6 days +144 hours (1+4+4=9);144 hours=8,640 minutes (8+6+4+0=18 and 1+8=9);which amounts to 1,440 minutes per day (1+4+4+0=9);1,440 minutes=86,400 seconds per day (8+6+4+0+0=18 and 1+8=9);which has to be evenly distributed over a 360 day year (3+6+0=9), without changing the standard 60 minute hour per 24 hour day (60 minutes multiplied by 24 hours=1,440 minutes,and 1+4+4+0=9) [4] EQUATION: 6 days=8,640 minutes divided by 360 days =24 GalacTik minutes (extra) per day.

[5] FORMULAR; 9 multiplied by any number will always =9.(9 multiplied by 8,640 minutes=77,760; 7+7=14 and 1+4=5+7=12+6+0=18 and 1+8=9 )and (9 multiplied by 360 days=3,240 and 3+2+4+0=9).therefore,9 is the universal number that brings all other numbers in full cycle to complete the numeric cypher,and 60 minutes multiplied by 60 seconds=3,600 seconds which also=9 (3+6+0+0=9).so 3,600 seconds (9) divided by 360 days (9)=1.now seconds are converted into first to create GalacTik minutes.

[6] SOLUTION: replace a60 second minute with a 60 first  minute (60 +1=61)to create the number 61 that = 1 GalacTik minute that can be evenly distributed every minute of every hour,so that the 24 extra minutes can be flawless added to the 24 hour cycle.add 1 second to every minute.

6. That to ensure that no variation of this mathematical equation cannot be used to alter dates and time , or that no mechanical or electrical device be manufactured to include any application or special feature thereof,without the expressed authorization and adequate compensation of the Affiant,and to protect the enclosed intellectual property from all forms of piracy,from domestic and foriegn persons and entities abroad,for which i am placing this commercial lien on one hundred (100%) percent of the intellectual property that shall remain in my constructive

possession as collateral for the 9 trillion that i am entitled to,and that these assets cannot be liquidated or lien removed without the expressed consent of the affiant until the debt is paid in full.

7.that i am issuing 50% of these assets and exclusive use of this intellectual property over to the FEDERAL RESERVE BANK OF NEW YORK,for fair value and consideration,tor which amounts to the monetary sum of $4.5 TRILLION in Federal Reserve Notes and 50% of any proceeds and derivatives for the commercial use thereof and pursuant to Regulation Z the Truth-In-Lending Act (TILA),the FEDERAL RESERVE BANK OF NEW YORK HAS three (3) business days to impose the cancellation of this commercial transaction or the transfer of funds and assets will be deemed as accepted for value without recourse to the lender. That this SECURITY (speculation account) shall mature into a collectable debt (accounts receivable) after the third (3rd) business day upon the acceptance thereof,for which the specified amount amount shall become immediately due and payable on demand the REDWIRE RETURNS account at the interest rate of five (5%) percent per annum,in monthly installments,until the principal amount is paid in full by the bank,its shareholders,and the Treasury or the comptroller of the currency.

9.That upon the maturity date of this SECURITY,the FEDERAL BANK OF NEW YORK is being granted a thirty (30) day commercial grace period to either satisfy the debt incurred in its entirety,or set a scheduled payment plan thereof.

10.That if the FEDERAL RESERVE BANK OF NEW YORK does not make a sincere effort in good faith to fulfil the financial obligation to the creditor,then the creditor is hereby authorized to use the FEDWIRE RETURNS account #7501......... and the TreasuryDirect,for the issuance of various types of checks drawn as collateral for any commercial notes, that shall be secured in the principal amount and any commercial interest owed,by the bank,its shareholders,and the Treasury,for any commercial transactions thereof.

11.That i, Robert Thompson,have complied with the full disclosure requirements of the U.S.S.E.C.,which has to monitor the process of this SECURITY, that is defined as evidence of debt,and the SEC has no authority over the veracity of testimony,as an unrebutted commercial affidavit stands as truth in commercial law; and that the notation "A SECURITY" (15 USC) is the basis for this contractual proffer herein,and is commercially reasonable and legally enforceable, as this federal instrument must be filed on the public record by the the clerk of court,for which is the agent of the principal herein, and any circumvention thereof is a federal offense.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Witness hand and official seal: on this $\lfloor 0$ day of $\text{JUNE}$ _____ 2021

_____ all rights reserved; NOTARY PUBLIC

Robert Thompson

STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in NEW YORK County
01KO6180349