UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT A. THOMPSON,

     Plaintiff,

  -against-

LIBRARY OF CONGRESS,

     Defendant.

21-CV-5570 (LTS)

CIVIL JUDGMENT

  Pursuant to the order issued July 7, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: July 7, 2021
    New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
           Chief United States District Judge